```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                :
HAYAT MUSUDI, PALWASH MASUDI                    :   NOT FOR PUBLICATION
                                                :
                        Plaintiffs,             :   ORDER
                                                :   07-CV-1082 (CBA) (LB)
        v.                                      :
                                                :
FORD MOTOR CREDIT COMPANY                       :
DIBLASI MOTORS, INC.                            :
                                                :
                        Defendants.             :
                                                :
----------------------------------------------------------------X
```

AMON, United States District Judge.

Plaintiffs have filed a *pro se* action pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Equal Credit Opportunities Act ("ECOA"), 15 U.S.C. § 1691, *et seq.* Defendants moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. This Court referred defendants' motion to the Honorable Lois Bloom, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b).

This Court has received the Report and Recommendation of Magistrate Judge Bloom dated May 23, 2008, recommending that this Court grant defendant's motion to dismiss plaintiffs' claims with leave to replead the ECOA claim only. No party has objected to the Report and Recommendation. The Court hereby adopts the Report and Recommendation of October 22, 2007 as its opinion. Plaintiffs have twenty days from the date of this Order to file a Second Amended Complaint.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from a judgment entered herein would not be taken in good faith and that *in forma pauperis* status should be denied for purpose of any appeal.

SO ORDERED.

Dated: Brooklyn, New York
July 31, 2008

/S/

Carol Bagley Amon
United States District Judge